LAW OFFICES OF
# THOMAS H. SHIAH, LTD.
331 SECOND AVE SOUTH, SUITE 705
MINNEAPOLIS, MN 55401

Phone (612) 338-0066
Fax (612) 341-0116
e-mail: ths@tomshiah.com
Cell (612) 508-8787

May 14, 2020

The Honorable Magistrate Judge Katherine M. Menendez
U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

    Re: United States v. Alonzo Carter
       Ct. File No. 20-35 (MJD/KMM)

Dear Magistrate Judge Menendez:

    In response to the Court's Order dated May 4, 2020 (Dkt. 35), I have met with Mr. Carter and he wants to personally appear at the motion hearing in the above-matter.

        Yours very truly,

        **LAW OFFICES OF**
        **THOMAS H. SHIAH, LTD.**

        By    *S/Thomas H. Shiah*
              Thomas H. Shiah

THS:lc
cc: Joseph S. Tierab, Esq.
    Alonzo Carter