UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

United States of America,

      Plaintiff,

v.                        **ORDER**
                         Case No. 20-cr-35 (MJD/KMM)

Alonzo Carter,

      Defendant.

---

Joseph S. Teirab, Assistant United States Attorney, Counsel for Plaintiff.

Thomas H. Shiah, Counsel for Defendant.

---

     The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Katherine Menendez dated September 18, 2020, recommending the Court deny Defendant's motions to suppress evidence obtained as a result of illegal searches. Defendant has filed objections to the Report and Recommendation on the bases that both warrants at issue were lacking in probable cause and could not be relied upon in good faith.

     Pursuant to statute, the Court has conducted a <u>de novo</u> review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review,

and in consideration of the applicable law, the Court will adopt the Report and Recommendation in its entirety.

**IT IS ORDERED**:

1. The Report and Recommendation dated September 18, 2020 [Doc. No. 48] is **ADOPTED**;

2. Defendant's Motion to Suppress Any Evidence Obtained as a Result of any Illegal Searches [Docket No. 21] is **DENIED**; and

3. Defendant's Supplemental Motion to Suppress any Evidence Obtained as a Result of any Illegal Searches [Doc. No. 31] is **DENIED**.

DATED:  October 19, 2020         s/ Michael J. Davis
                                  Michael J. Davis
                                  United States District Court