UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 20-35(1) (MJD/KMM)

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ALONZO CARTER,
  a/k/a "Alonzo Richardson,"

      Defendant.

**GOVERNMENT'S SUPPLEMENT TO POSITION REGARDING SENTENCING**

The Government hereby submits this filing in the above-entitled matter to amend its position regarding sentencing (ECF No. 80) inasmuch as the Government will recommend a sentence of 188 months imprisonment, which is towards the bottom of the guidelines range of 188 to 235 months imprisonment.

Dated: December 15, 2021

Respectfully submitted,

CHARLES J. KOVATS, JR.
Acting United States Attorney

*/s/ Joseph S. Teirab*

BY: JOSEPH S. TEIRAB
Assistant U.S. Attorney
Attorney ID No. 0393439